IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE THORNHILL, SR., ) | |
| ) | |
| Petitioner, ) | Civil Action No. 07-1731 |
| ) | |
| v. ) | Judge Standish |
| ) | Magistrate Judge Bissoon |
| JOSEPH J. PIAZZA, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM ORDER

Lawrence Thornhill, Sr., filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 on December 20, 2007. The petition was referred to United States Magistrate Judge Francis X. Caizza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The matter was later assigned to Magistrate Judge Cathy Bissoon.

The Magistrate Judge's Report and Recommendation, filed on April 24, 2009, recommended that the Petition for Writ of Habeas Corpus filed by Thornhill be dismissed and a certificate of appealability be denied. The parties were allowed ten days from the date of service to file objections. Service was made on Thornhill by First Class United States Mail at his place of incarceration, the State Correctional Institution at Coal Township, Pennsylvania. Objections were due on or before May 11, 2009. No objections have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following

order is entered:

AND NOW, this ___19th___ day of ___May___, 2009,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by Lawrence Thornhill, Sr. is dismissed and certificate of appealability is denied.

The Report and Recommendation of Magistrate Judge Bissoon (Doc. 20), dated April 24, 2009, is adopted as the opinion of the court.

/s/ William L. Standish
William L. Standish
U.S. District Court Judge

cc:
LAWRENCE THEODORE THORNHILL, SR.
FG-8371
1 Kelly Drive
Coal Township, PA 17866